UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., et al., <br><br>        Plaintiffs, <br><br>v. <br><br>RICHARD HENDERSON, <br><br>        Defendant. | Case No. 20-cv-04637-VC <br><br>**ORDER REGARDING SUPPLEMENTAL FILINGS** |

In addition to the supplemental brief ordered at today's hearing, the defendants are welcome to make an in camera submission providing additional details about their concerns. Any such submission is also due Tuesday, March 2, 2021.

**IT IS SO ORDERED.**

Dated: February 25, 2021

VINCE CHHABRIA
United States District Judge