JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882

JAMES B. CHANIN, Esq./ State Bar #76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752     Facsimile: (510) 848-5819
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD HENDERSON, individually; , individually; , individually, DOES 4-25, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:20-cv-04637 VC<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE SECOND-AMENDED COMPLAINT UNDER SEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs L.S., et al. hereby move the

Court for an Order to File Under Seal,

1. SECOND-AMENDED COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS AND WRONGFUL DEATH

Case No. 3:20-cv-04637 VC
**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE
SECOND-AMENDED COMPLAINT UNDER SEAL**

1

On March 24, 2021, the Court ordered that an unredacted version of the amended complaint with the names of any additional defendant officers be filed under seal.

In light of the foregoing, Plaintiffs L.S., et al. hereby request amended complaint be filed under seal pursuant to Civ. L.R. 79-5.

                                          **Respectfully submitted,**

Dated: April 22, 2021                **LAW OFFICES OF JOHN L. BURRIS**

                                          /s/ *Benjamin Nisenbaum*
                                          Ben Nisenbaum