JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200          Facsimile: (510) 839-3882

JAMES B. CHANIN, Esq./ State Bar #76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752          Facsimile: (510) 848-5819
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>RICHARD HENDERSON, individually;<br>　　　　　　, individually;<br>　　　　　　, individually, DOES 4-25, inclusive,<br>'<br>　　　　　　Defendants.<br>_____ / | Case No. 3:20-cv-04637 VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SECOND-AMENDED COMPLAINT UNDER SEAL** |

　　　　As set forth in Plaintiffs' Motion to File Under Seal, on March 24, 2021, the

Court ordered that an unredacted version of the amended complaint with the names of

any additional defendant officers be filed under seal.

　　　　As set forth in Plaintiff's Motion to File Under Seal, Plaintiff lodged with the

Court the following documents: Second-Amended Complaint for Damages for Violation

of Civil Rights and Wrongful Death.

Case No. 3:20-cv-04637 VC
**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE**
**SECOND-AMENDED COMPLAINT UNDER SEAL**

Having considered Plaintiff's Administrative Motion, pursuant to Civil Local Rule 79-5(d) in support of sealing, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above referenced documents be filed under seal.

Dated: _____, 2021

VINCE CHHABRIA
Judge of the United States District Court

Case No. 3:20-cv-04637 VC
**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE**
**SECOND-AMENDED COMPLAINT UNDER SEAL**

4