UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>RICHARD HENDERSON,<br><br>   Defendant. | Case No.  20-cv-04637-VC<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 26 |

   The motion to file the second amended complaint under seal is granted according to the terms set forth in the order at Dkt. No. 25.

   **IT IS SO ORDERED.**

Dated: April 28, 2021

_____
VINCE CHHABRIA
United States District Judge