UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., ET AL., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>RICHARD HENDERSON, <br><br>　　　　Defendant. | Case No. 20-cv-04637-VC <br><br>**ORDER TO FILE UNREDACTED SECOND AMENDED COMPLAINT** <br><br>Re: Dkt. Nos. 25, 26 |

Per the terms of the Court's prior order (Dkt. No. 25), 60 days have elapsed since the second amended complaint was filed (Dkt. No. 26) and the Attorney General's Office has not renewed its motion for a protective order to keep the names of the additional officers under seal. The plaintiffs are therefore ordered to file a clean copy of the second amended complaint on the docket within seven days of the date of this order.

**IT IS SO ORDERED.**

Dated: June 25, 2021

VINCE CHHABRIA  
United States District Judge