**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 20-cv-04637-VC (JCS) | **Case Name:** L.S. v. Henderson | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: August 20, 2021 | **Time:** 7 M (2:47-2:54) |

**Attorney for Plaintiff:** John Burris, Ben Nisenbaum, James Cook
**Attorney for Defendant:** Daniel Alweiss

| **Deputy Clerk:** Karen Hom | **Digital Reporter:** <u>Zoom Webinar Time: 2:47-2:54</u> |
|---|---|

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Discovery Hearing re: Joint Letter [44] - Granted

<u>**ORDERED AFTER HEARING**</u>

Officer Henderson is ordered to sign a waiver to allow the subpoenaed parties to produce any PTSD information for the time period sought and shall be produced on a confidential basis.