**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 20-cv-04637-VC (JCS)

**Case Name:** L.S. v. Henderson

**Date:** August 24, 2021                **Time:** 20 M

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** John Burris, Ben Nisenbaum, James Cook
**Attorney for Defendant:** Daniel Alweiss

**ZOOM PROCEEDINGS**

( )    Zoom Settlement Conference

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )    Further Zoom Settlement Conference

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )    Zoom Scheduling Conference to set Settlement Conference

( )    Further Zoom Settlement Conference

(X)    Zoom Discovery Dispute re: Zoom Deposition of Officer Michael Diehl - Held

( )    Zoom Status Conference

( )    Other

**Notes:**  Court heard motion to compel in response to instructions not to answer – GRANTED.
Court advised the parties of the Court's rules on instructions not to answer.

Parties contacted the Court regarding a deposition dispute. James Cook emailed the Zoom Link
to the Court.