# DECLARATION OF SERVICE BY E-MAIL

Case Name: ***L.S., individually and as Successor-in-Interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo, et al. v. Richard Henderson***

Case No.: **3:20-cv-04637-TSH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On September 2, 2021, I served the attached MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE by transmitting a true copy via electronic mail, addressed as follows:

Ben Nisenbaum
Law Office of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
E-mail Address: bnisenbaum@gmail.com

James B. Chanin
Law offices of James B. Chanin
3050 Shattuck Ave.
Berkeley, CA 94705
E-mail Address: jbcofe@aol.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 2, 2021, at Oakland, California.

|  |  |
|---|---|
| Ida Martinac | |
| Declarant | Signature |

OK2020900260
91413790.docx