**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**ZOOM CIVIL MINUTE ORDER**

| **Case No.:** 20-cv-04637-VC (JCS) | **Case Name:** L.S. v. Henderson | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: September 21, 2021 | **Time:** 27 M (3:01-3:28) |

**Attorney for Plaintiff:** Ben Nisenbaum
**Attorney for Defendant:** Jeffrey Vincent, Rohit Kodical

**Deputy Clerk:** Karen Hom                    **Digital Reporter:** Zoom Webinar Time: 3:01-3:28

**ZOOM WEBINAR PROCEEDINGS**

1. Discovery Hearing re: Joint Discovery Letter [dkt 59] - Held

**ORDERED AFTER HEARING**

Parties will meet and confer and file a stipulation to hear the anticipated Motion to Stay on shortened time.
The depositions of the defendant officers shall occur during the week of October 11, 2021, provided, however that if the stay is granted the depositions shall not occur until the stay is lifted. For any defendant officer who invokes the 5th Amendment, the deposition shall not exceed one (1) hour.