Rob Bonta
Attorney General of California
Jeffrey R. Vincent
Supervising Deputy Attorney General
State Bar No. 161013
Rohit S. Kodical
Deputy Attorney General
State Bar No. 215497
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1007
 Fax:  (510) 622-2270
 E-mail:  Jeffrey.Vincent@doj.ca.gov
*Attorneys for Defendants Sgt. Richard Henderson,
Officer Eric Hulbert, and Officer Donald Saputa*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.S. individually and as Successor[in Interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ, Mother of decedent ERIK SALGADO,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD HENDERSON, et al.,**<br><br>Defendants. | Case No.  3:20-cv-04637-VC<br><br>**STIPULATION AND** (Proposed) **ORDER TO MODIFY HEARING SCHEDULE ON MOTION FOR STAY OR RELIEF FROM SCHEDULING ORDER**<br><br>Courtroom:   4, San Francisco<br>Judge:         Honorable Vince Chhabria<br>Trial Date:    March 28, 2022<br>Action Filed: July 13, 2020 |

Today, September 23, 2021, Defendants filed a motion to stay or grant relief from the Court's scheduling order.  The motion is based, inter alia, on the Defendants' intention to invoke their privileges under the Fifth Amendment of the United States Constitution during planned deposition by Plaintiffs.  Pursuant to the Federal Rules of Civil Procedure, the hearing on the motion is scheduled on October 28, 2021.  The parties desire an expeditious ruling on the motion.  At the suggestion of assigned Discovery Magistrate Judge Spero, (see Docket Nos. 62 and 63) the parties agree to have the hearing on shortened time and stipulate to the following conditions:

1. That the hearing on the motion for stay or relief be heard by the court on October 7, 2021.

2. Plaintiffs' Opposition to the motion will be filed on or before September 30, 2021.

3. Defendants' Reply to Plaintiffs' Opposition will be filed on or before October 4, 2021.

Good cause exists for the hearing on shortened time. Magistrate Judge Spero, in ruling on the parties dispute concerning the depositions of Defendant officers has ordered that the depositions will proceed on the week of October 11, 2021 due to the current deadlines of the scheduling order. (Docket Nos. 62 and 63.) If the matter is stayed, the depositions will not occur that week. Accordingly, there is good cause to hear and resolve the motion by October 7, 2021.

Dated: September 23, 2021                Respectfully submitted,

                                         ROB BONTA
                                         Attorney General of California

                                         /s/ *Jeff R. Vincent*

                                         JEFF R. VINCENT
                                         Supervising Deputy Attorney General
                                         *Attorneys for Defendants*

Dated: September 23, 2021                LAW OFFICES OF JOHN L. BURRIS

                                         /s/ *Benjamin Nisenbaum*

                                         JOHN L. BURRIS
                                         BENJAMIN NISENBAUM
                                         Attorneys for Plaintiffs

FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Jeff R. Vincent, as the filer of this document attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

Dated: September 23, 2021                /s/ *Jeff R. Vincent*
                                         Supervising Deputy Attorney General

PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on the Defendants motion for stay or relief be heard by the court on October 7, 2021. Plaintiffs' Opposition to the motion will be filed on or before September 30, 2021 and Defendants' Reply to Plaintiffs' Opposition will be filed on or before October 4, 2021.

Dated:  September __, 2021

_____
Vince Chhabria
JUDGE, U.S. DISTRICT COURT JUDGE

OK2020900260
Salgado Stip re Stay Hearing.docx