UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD HENDERSON, et al., <br><br> Defendants. | Case No. 20-cv-04637-VC <br><br> **ORDER DIRECTING PLAINTIFFS TO RESPOND** <br><br> Re: Dkt. No. 49 |

The plaintiffs are directed to respond to the Defendant's Motion for Relief (Dkt. No. 49) from the discovery order pertaining to Officer Henderson's medical records by filing a brief of no more than five pages. The brief should be filed no later than October 4, 2021. The Court will address the discovery dispute at the hearing already scheduled for October 7, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 28, 2021

_____
VINCE CHHABRIA
United States District Judge