**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com
Attorneys for Plaintiffs,
L.S., et al.

**JAMES B. CHANIN, ESQ., SBN76043**
**LAW OFFICES OF JAMES B. CHANIN**
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Email: jbcofc@aol.com

Attorney for Plaintiffs,
L.S., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>            Plaintiffs,<br>      vs.<br><br>RICHARD HENDERSON, individually;  ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive, | CASE NO.: 3:20-cv-04637-VC<br><br>**PROOF OF SERVICE OF PLAINTIFFS' EXHIBIT B IN OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

Defendants.

## PROOF OF SERVICE

I, Crystal Mackey, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 7677 Oakport Street, Suite 1120, Oakland, CA 94621. I caused the foregoing:

- Plaintiffs' Exhibit B in opposition to Defendants' motion to stay.

to be served on the following parties in the following manner:

Mail [ ]     Overnight Mail [ ]     Personal Service [ ]     Email [X]

JEFFREY VINCENT
Supervising Attorney General
ROHIT KODICAL
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612 – 0550
Tel: (510) 879-0005
Fax: (510) 622-2270
Email: rohit.kodical@doj.ca.gov; Jeffrey.Vincent@doj.ca.gov

Attorneys for Defendants
RICHARD HENDERSON, ERIC HULBERT, DONALD SAPUTA

I declare under penalty of perjury that the foregoing is true and correct and that this declaration of service was executed in Oakland, California, on September 30, 2021.

Signed: /s/ *Crystal Mackey*