**JOHN L. BURRIS, Esq./ State Bar #69888**
**BENJAMIN NISENBAUM, Esq./State Bar #222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

**JAMES B. CHANIN, Esq./ State Bar #76043**
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive,<br><br>Defendants. | Case No. 3:20-cv-04637-VC<br><br>**PLAINTIFFS' EXHIBIT A IN OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF**<br><br>DATE: October 7, 2021<br>TIME: 2:00 p.m.<br>DEPT: Via Zoom<br>JUDGE: Hon. Vince Chhabria<br><br>Trial Date: March 28, 2022<br>FAC Filed: September 3, 2020 |

Plaintiffs respectfully submit Exhibit A in opposition to Defendants Motion for Relief.

Dated: September 27, 2021                    **The Law Offices of John L. Burris**

1
2                                              /s/*Benjamin Nisenbaum*
                                               Ben Nisenbaum
3                                              Attorney for Plaintiffs
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A

| | 17-33750 | Supplement No 0085 |
|---|---|---|

# LONG BEACH POLICE DEPARTMENT



400 WEST BROADWAY

LONG BEACH, CA 90802

Phone
562 570-7381 RECORDS
Fax
562 570-7080 FAX

Reported Date
08/10/2017
Primary Offense
OFFINVOLVE
Officer
HUBERT, TERYL A

## Administrative Information

| Agency | DR No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| LONG BEACH POLICE DEPARTMENT | 17-33750 | 0085 | 08/10/2017 | 09:22 |

| CAD Call No | Rpt Typ | Primary Offense | | |
|---|---|---|---|---|
| 171581889 | FOLLOW-UP REPORT | OFFICER INVOLVED SHOOTING | | |

| Location | | | | City |
|---|---|---|---|---|
| STUDEBAKER RD | | | | LONG BEACH |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time |
|---|---|---|---|---|---|
| 90808 | 664 | 02 | 17 | 06/07/2017 | 23:56 |

| Officer | Assignment |
|---|---|
| 5577/HUBERT, TERYL A | INVEST/GVC/CAP/HOMICIDE |

| 2nd Officer | Assignment | Entered by |
|---|---|---|
| ROBLES, THOMAS MICHAEL | PATROL/SOUTH/CFS/W1 | 5577 |

| Assignment | Confidential | RMS Transfer | Prop Trans Stat |
|---|---|---|---|
| INVEST/GVC/CAP/HOMICIDE | OFFICER INVOLVED SHOOTING | Successful | Successful |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 8332 | 09/01/2017 | 11:20:49 |

### WITNESS 1: ▮▮▮▮▮▮▮▮▮▮

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| WITNESS | 1 | Individual | |

▮▮▮▮▮▮▮▮▮▮

08/10/2017

## Narrative

**Interview:** ▮▮▮▮

On 6/8/17 at approximately 0456 hours, I, Detective Hubert along with my partner Detective S. Lasch spoke with ▮▮▮ regarding an Officer Involved Shooting that occurred the night prior at ▮▮ Studebaker in the City of Long Beach. ▮▮▮ is a CHP Officer and it was his girlfriend, Michele Rice, whom was involved in the shooting with Long Beach Police Officers. Rice was shot by police and did not survive. The interview took place in the LBPD MEOC. Also present in the interview was Deputy District Attorney David Reinert, District Attorney Senior Investigator S. Florez as well as CHP Peer Officer Scott Wall. The interview was recorded and the following is a summary of that interview:

▮▮▮ told us that he and his girlfriend, Michele Rice, had been dating for a little less than 2 years. They had known each other longer but had been living together for approximately 1 year and 7 months. On the night of 6/7/17, they had shared dinner together but later began to argue over when ▮▮▮ son was going to come for a visit. Rice had never met ▮▮▮ son and this was a sensitive issue for Rice. On the night of 6/7/17, Rice overheard a phone conversation between ▮▮▮ and his father regarding this visit from ▮▮▮ son. In that conversation, ▮▮▮ was telling his father that he was going to wait until July to bring his son down for a visit.

This upset Rice because she believed the visit was going to be earlier than July. ▮▮▮ went on to say that he was scheduled to serve a search warrant at 0500 hours on 6/8/17 in Compton. Because he had to get up at 0230 hours to make the 0400 briefing, he told Rice that he did not have time to argue with her at the time. ▮▮▮ went into their bedroom and shut the door to go to sleep. Rice remained up and was "banging around the house". Rice came into the bedroom 2-3 times slamming drawers. ▮▮▮ explained to Rice that he had

| Report Officer | Printed At | |
|---|---|---|
| 5577/HUBERT, TERYL A | 10/21/2017 09:48 | Page 1 of 4 |

0048

**17-33750**   Supplement No. **0085**

# LONG BEACH POLICE DEPARTMENT

### Narrative

serious things to do tomorrow and he did not have time to argue about this right now.

Rice was mad and broke up with ▇▇▇▇ which he stated she has done in the past a couple of times when she was angry. ▇▇▇▇ explained that Rice has depression because she had lost custody of her two kids about 2 years ago. ▇▇▇▇ went on to say that Rice left the house and went to buy a pack of cigarettes. This made ▇▇▇▇ mad as he had gotten her to quit smoking 6 months ago. ▇▇▇▇ stated that Rice came back from buying the cigarettes and continued to bang around the house. ▇▇▇▇ told Rice if she was going to act like this she needed to leave. Rice was extremely upset.

Rice took a credit card that they both shared and a backpack and left. ▇▇▇▇ and Rice began to text and call each other. They continued to argue on the phone and through text messages. ▇▇▇▇ was worried about her being gone due to her depression. ▇▇▇▇ was worried about Rice being out late on foot because of a prior incident where Rice was jogging on the bike path and a male subject exposed himself to her. ▇▇▇▇ pleaded with Rice to come back to the house. Rice told ▇▇▇▇ she was not coming back "just like some of your dead friends". ▇▇▇▇ told us he suffers from ▇▇▇▇ from his time in the service where some of his comrades were killed. ▇▇▇▇ told us he "went off on her" and called her a "horrible bitch".

▇▇▇▇ started to cry saying that Rice hung up on him. ▇▇▇▇ was able to go online and see if there were any charges to their credit card. ▇▇▇▇ saw that there was a $20 charge at Dick's Palm Tree Liquor. ▇▇▇▇ knew she had bought hard alcohol adding that she gets mean when she drinks hard alcohol. ▇▇▇▇ added she has not had hard alcohol for the last 9 months to a year. ▇▇▇▇ recalled a really big argument they had 9 months ago when they broke up. ▇▇▇▇ told us on this occasion he was sober and had driven Rice and his work buddy, ▇▇▇▇ to Cowboy Country bar where Rice and ▇▇▇▇ did Jack Daniel shots. Rice became very nasty and they argued. Rice called ▇▇▇▇ every name under the sun and Rice later apologized saying she would never drink hard alcohol again. ▇▇▇▇ added that none of his arguments with Rice have ever been physical.

▇▇▇▇ told us that on the night of the incident after he had seen the $20 charge at the liquor store, he asked Rice on the phone if she was drunk. Rice told him she was as ▇▇▇▇ could hear her "chugging" the drink as they spoke. ▇▇▇▇ told Rice to come home so she would not be arrested or raped. Rice told ▇▇▇▇ she could take care of herself because she had taken something (referring to a gun). ▇▇▇▇ told us it was at this point he realized that she had taken her Glock 22 handgun with her. ▇▇▇▇ added that the gun used to belong to him but he had transferred it to her at Ammo Brothers on Alondra approximately 6 months ago. ▇▇▇▇ told us Rice wanted to be a cop and she was an applicant with the Long Beach Police Department and had recently completed her psyche test on the 21st. ▇▇▇▇ continued to cry saying Rice had applied for her carrying a concealed weapon permit. ▇▇▇▇ added he would have never given her a gun if he knew she was going to do something like this.

▇▇▇▇ pleaded with Rice to come home since she was drunk and armed with a gun adding she would never get hired if she got caught. ▇▇▇▇ told her to come home and he did not want to call the police. Rice asked ▇▇▇▇ what if she put the gun in her mouth right now? ▇▇▇▇ pleaded with her to come home and bring the gun home. ▇▇▇▇ did not want her to hurt herself, or hurt an officer or have an officer have to shoot her. Rice hung up on ▇▇▇▇. ▇▇▇▇ tried to call back. At some point Rice answered and told ▇▇▇▇ that she wanted to play a little game with him. ▇▇▇▇ began talking about what a good shot Rice was and how they used to shoot often together. ▇▇▇▇ stated he paid for Rice to take a CCW training course and she loved shooting. ▇▇▇▇ told us that when Rice spoke about wanting to play a game with him he asked her what she was talking about. Rice told ▇▇▇▇ she was going to kill him. ▇▇▇▇ went on to say that he was unsure of her exact statement but it was something to the effect of "I am going to give you a reason to kill me", or something similar.

▇▇▇▇ continued by saying that Rice knew that ▇▇▇▇ does not go anywhere unless he is armed. Based on Rice being armed and drunk, ▇▇▇▇ made a decision to leave his house to avoid confrontation. ▇▇▇▇ truck was parked in front of his house facing southbound on the service road of Studebaker. As ▇▇▇▇ drove southbound on the service road, he saw Rice walking northbound on the west sidewalk. ▇▇▇▇ decided to continue driving and pass her. As he was doing so, he heard a pop that he believed was a gunshot. ▇▇▇▇ believed he was being shot at. ▇▇▇▇ looked at Rice and saw her fire a round toward

17-33750  Supplement No 0085

# LONG BEACH POLICE DEPARTMENT

**Narrative**

him. ▮▮▮▮ clarified what he saw saying that by the time he heard the first "pop" he was in the process of looking and identifying Rice. After identifying her, he saw her shoot a round into the dirt of the parkway on the west side of Studebaker approximately 3-4 houses north of Spring Street. ▮▮▮▮ told us after the second shot, ▮▮▮▮ hit the gas passing Rice.

▮▮▮▮ went on to say that Rice "had him" if she wanted to shoot him when he passed in the truck. ▮▮▮▮ meant that his position as he passed her was close enough for Rice to shoot him easily if she wanted to. ▮▮▮▮ told us he debated stopping and getting out to try and disarm her. ▮▮▮▮ wondered if she was really trying to kill him or if she was trying to get him to shoot her. ▮▮▮▮ was scared that he was going to lose his job or that his son was going to be fatherless so he decided to drive around the block. ▮▮▮▮ called 911 and told them he was shot at by his girlfriend and that she was armed and suicidal. ▮▮▮▮ added that he remained on the phone with the dispatcher to give a description of Rice as well as his residential address that she may be returning to. After giving the dispatcher this information, ▮▮▮▮ was contacted by a LBPD motor officer.

▮▮▮▮ overheard the police radio say that someone had Rice at gunpoint. Soon after, ▮▮▮▮ heard what he thought was about 40 gunshots in succession. ▮▮▮▮ backed off his estimate of 40 gunshots and said he wasn't sure. ▮▮▮▮ began to cry and told us he knew she was dead. ▮▮▮▮ told us he has numerous guns in his house. ▮▮▮▮ told us he has a safe as well as 4 department-issued guns. ▮▮▮▮ stated 3 of the 4 department-issued guns were on the couch ready to go for the warrant he was scheduled to serve the next morning. ▮▮▮▮ stated there were a 9mm and a .40 caliber pistol in his drawer that he usually takes running and the rest of his guns are locked in the safe. ▮▮▮▮ estimated that he has approximately 45 guns.

▮▮▮▮ stated that Rice owns 3 guns; a Smith and Wesson MMP Shield .40 caliber pistol, a Sig Sauer P220 .45 caliber pistol and a Glock 22. ▮▮▮▮ added that all pistols are registered to her. ▮▮▮▮ told us he had his Glock 27 on his person during this incident but never fired his gun. I asked ▮▮▮▮ for Rice's cell phone number and he gave it as ▮▮▮▮. I asked ▮▮▮▮ if we could download his phone in order to have the documentation of their conversations throughout the night. ▮▮▮▮ told us he would rather not turn over his phone because of all the personal content. ▮▮▮▮ was willing to screen shot the conversation between him and Rice. We later spoke to ▮▮▮▮ and he agreed to turn over his phone as well as signing a Consent to Search form allowing the Long Beach Police Department to download certain portions of his phone. For further, see Consent to Search form.

▮▮▮▮ told us that Rice did not own a car but often drove his pick up when he was at work using his work vehicle. ▮▮▮▮ stated that Rice worked at ▮▮▮▮ at Spring and Palo Verde in the City of Long Beach. I asked ▮▮▮▮ if Rice took any medication for her depression. ▮▮▮▮ told us that she does not nor does she take any other medications. ▮▮▮▮ added that Rice did not have any medical insurance. ▮▮▮▮ told us that Rice has never been violent with him but he did know of an incident Rice had with her ex-husband in Orange County where she was arrested for 243 (e)(1). ▮▮▮▮ added that the District Attorney's office never filed charges on her.

▮▮▮▮ talked about Rice trying to get her life back together by getting hired and/or joining the reserves. I asked ▮▮▮▮ what time he would estimate that the arguing began. ▮▮▮▮ estimated that it was approximately 2039 hours. I clarified if the fight was about Rice meeting his son and ▮▮▮▮ stated that the fight started because the date got changed for when ▮▮▮▮ son was coming for a visit. Rice was particularly sensitive to the topic of meeting ▮▮▮▮ son. ▮▮▮▮ gave us Rice's mom's name as ▮▮▮▮ and her father's name of ▮▮▮▮. ▮▮▮▮ did not have their phone numbers but stated they have a home in ▮▮▮▮ and ▮▮▮▮. ▮▮▮▮ gave us the address in ▮▮▮▮ as ▮▮▮▮, ▮▮▮▮. ▮▮▮▮ gave us an email that Rice's parents both use as ▮▮▮▮.

▮▮▮▮ told us Rice left the house after the argument at approximately 2108 hours. When Rice left she left her house key saying she would not need it anymore. ▮▮▮▮ did not see Rice leave with the gun. ▮▮▮▮ assumed she had her Glock pistol because she always kept it in the kitchen and when he looked that night after she left the gun was gone. I asked ▮▮▮▮ if he was able to hear any voices as he sat in his truck being contacted by police more specifically whether or not he could hear if Rice was yelling to police. ▮▮▮▮ told us

**LONG BEACH POLICE DEPARTMENT**

17-33750   Supplement No 0085

### Narrative

he did not hear anything said by Rice and he could only hear a male voice that he believed to be police. ▮▮▮▮ could hear that male voice saying "Police".

I asked ▮▮▮▮ if there were other issues with he and Rice besides her not meeting ▮▮▮▮ son. ▮▮▮▮ told us he has dogs that he is extremely close to. ▮▮▮▮ started to cry about his relationship with his dogs. ▮▮▮▮ explained that he hated leaving his dogs at home with his schedule. ▮▮▮▮ told us that Rice was good to have around to help care for his dogs. I asked ▮▮▮▮ where his son lived and he told us he lives with his mom in ▮▮▮▮. I asked ▮▮▮▮ to describe the shooting. ▮▮▮▮ told us he did not see her fire the first round, he only heard it. After the first round, ▮▮▮▮ was able to focus on Rice and where she was on the sidewalk. ▮▮▮▮ saw Rice holding a gun in her right hand as she shot a round into the parkway in front of her enabling ▮▮▮▮ to see a flash of dirt kick up. ▮▮▮▮ estimated that he was approximately 20 feet north of Rice in the middle of the service road at the time she fired that second shot. ▮▮▮▮ added that had her shot not been low, the round was in his path and would have hit him if shot higher.

▮▮▮▮ was unsure if that shot was intentionally into the ground or if she was trying to provoke him into shooting her. ▮▮▮▮ told us that he gave Rice a cell phone and they have an App that allows them to share their location with each other. The last location ▮▮▮▮ had for Rice before the shooting was at the Frisbee golf course on the southeast corner of Spring Street and Studebaker Road. ▮▮▮▮ went on to tell us that Rice loves police officers and has always been a supporter of police. Detective Lasch asked ▮▮▮▮ how fast he was traveling on the service road as he was leaving his house and saw Rice. ▮▮▮▮ estimated that he was driving approximately 15-20 mph. ▮▮▮▮ went on to say he passed Rice on the sidewalk as he drove southbound on the service road of Studebaker. ▮▮▮▮ turned west which allowed him to continue on the service road of what was now Spring Street. ▮▮▮▮ then turned northbound on the first street, which is Petaluma, as he was calling 911. ▮▮▮▮ ended up on Rosebay eastbound and then turned southbound again on Studebaker but this time on the main road. ▮▮▮▮ saw several police cars arriving as he reached Spring Street again. ▮▮▮▮ then made a U-turn at Spring Street and continued northbound Studebaker. At this point ▮▮▮▮ realized he was being followed by a Long Beach Police motor officer. ▮▮▮▮ made a left on Rosebay (westbound) and quickly turned southbound Studebaker Road on the service road. ▮▮▮▮ felt that he was far enough north to not encounter Rice if she was continuing northbound on the west sidewalk of Studebaker.

▮▮▮▮ told us he did not see Rice again. ▮▮▮▮ described Rice as wearing a gray hoodie and black shorts or black bottoms. ▮▮▮▮ told us when he left the house he locked it and turned the alarm on. ▮▮▮▮ told us he was in a shooting last July in Orange County. ▮▮▮▮ told us that his ex-wife was more supportive of him during this time than Rice. Rice was jealous of ▮▮▮▮ and his job and his upbringing. ▮▮▮▮ told us Rice has been real happy in the last 6 months and they have been getting along. ▮▮▮▮ told us how much fun Rice was and how much he enjoyed being around her.

Our interview concluded at 0546 hours.

Report Officer: 5577/HUBERT, TERYL A
Printed At: 10/21/2017 09:48
Page 4 of 4

0051