```
1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  JAMES COOK, Esq./State Bar #300212
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
6
   JAMES B. CHANIN, Esq./ State Bar #76043
7  Law Offices of James B. Chanin
   3050 Shattuck Avenue
8  Berkeley, California 94705
   Telephone: (510) 848-4752
9  Facsimile: (510) 848-5819
10
   Attorneys for Plaintiffs
11
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive,<br><br>Defendants. | Case No. 3:20-cv-04637-VC<br><br>[Proposed]<br><br>**DECLARATION OF BEN NISENBAUM IN SUPPORT OF MOTION TO FILE UNDER SEAL PLAINTIFFS' EXHIBIT B IN OPPOSITION TO DEFENDANTS' MOTION TO STAY AND EXHIBITS B THROUGH K IN OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF**<br><br>DATE: October 7, 2021<br>TIME: 2:00 p.m.<br>DEPT: Via Zoom<br>JUDGE: Hon. Vince Chhabria<br><br>Trial Date: March 28, 2022<br>FAC Filed: September 3, 2020 |

I, Ben Nisenbaum declare:

1. I am over 18 years old and I am an attorney, who is licensed to practice law in California. I represent the named Plaintiff in the above-referenced action.

2.	The facts set forth in this declaration are personally known to me. If called as a witness, I could and would competently testify as follows:

3.	Plaintiffs' Exhibit B in support of Plaintiffs' Opposition to Defendants'' Motion to stay (Docket No. 71), and Exhibits B through K in support of Plaintiffs' Opposition to Defendants' Motion for Relief (Docket No. 76) contain sensitive information regarding Defendant officers in this case. Specifically, the exhibits contain Officer Involved Shooting (OIS) investigation interviews of the defendant officers, as well as diagrams, and confidential statements. The City of Oakland gathered these documents as part of the County of Alameda's District Attorney's Officer Involved Shooting investigation. These documents contain information that is subject to a protective order in the County of Alameda's ongoing OIS investigation, and were designated confidential by the terms of their production by the City of Oakland's Attorney's Office.

4.	True and correct copies of Exhibit B in opposition to Defendants' motion to stay, and Exhibits B through K in Opposition to Defendants' Motion for Relief, as defined in Ben Nisenbaum's declarations, will be filed under seal as Exhibits B, and Exhibits B through K, respectively.

Executed under penalty of perjury in Oakland, California on October 5, 2021.

Dated: October 5, 2021				**The Law Offices of John L. Burris**

						By: */s/Benjamin Nisenbaum*_____
						    Ben Nisenbaum

						Attorneys For Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration to Plaintiffs' Motion to File Exhibits B through K in Opposition to Defendant's Motion For Relief Under Seal
*L.S. et al v. Henderson et al*, 3:20-cv-04637-VC                                                                                                                                     3