1  **JOHN L. BURRIS, Esq./ State Bar #69888**
**BENJAMIN NISENBAUM, Esq./State Bar #222173**
2  **JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
7677 Oakport Street, Suite 1120
4  Oakland, California 94621
Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
6
**JAMES B. CHANIN, Esq./ State Bar #76043**
7  Law Offices of James B. Chanin
3050 Shattuck Avenue
8  Berkeley, California 94705
Telephone: (510) 848-4752
9  Facsimile: (510) 848-5819
10
11  Attorneys for Plaintiffs
12                    UNITED STATES DISTRICT COURT
13           FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15  L.S., individually and as successor-in-interest      Case No. 3:20-cv-04637-VC
to Decedent ERIK SALGADO by and through
16  her guardian ad litem Michael Colombo;
BRIANNA COLOMBO and FELINA            **PLAINTIFFS' EXHIBIT B IN SUPPORT**
17  RAMIREZ Parent of decedent,                          **OF OPPOSITION TO DEFENDANTS'**
**MOTION TO STAY PROCEEDINGS**
18
Plaintiffs,                                            **REDACTED VERSION OF**
19  vs.                                                  **DOCUMENT(S) SOUGHT TO BE**
**SEALED**
20
RICHARD HENDERSON, individually;      DATE: October 7, 2021
21  ERIC HULBERT, individually; DONALD    TIME: 2:00 p.m.
SAPUTA, individually, DOES 4-25, inclusive,           DEPT: Via Zoom
22                                                       JUDGE: Hon. Vince Chhabria
Defendants.
23
Trial Date: March 28, 2022
24                                                       FAC Filed: September 3, 2020
25  _____
26
27              Plaintiffs respectfully submit the below Exhibits B in opposition to Defendants' Motion to

28  Stay.

1

2    Dated: September 27, 2021                    **The Law Offices of John L. Burris**

3

4                                                 /s/*Benjamin Nisenbaum*

5                                                 Ben Nisenbaum
                                                  Attorney for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Plaintiffs' Exhibits in Opposition to Defendant's Motion to Stay Proceedings
*L.S. et al v. Henderson et al*, 3:20-cv-04637-VC

3



44
45





44
45



Saputa 1

90



OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA