1   **JOHN L. BURRIS, Esq./ State Bar #69888**
**BENJAMIN NISENBAUM, Esq./State Bar #222173**
2   **JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
3   Airport Corporate Centre
7677 Oakport Street, Suite 1120
4   Oakland, California 94621
Telephone: (510) 839-5200
5   Facsimile: (510) 839-3882
6
**JAMES B. CHANIN, Esq./ State Bar #76043**
7   Law Offices of James B. Chanin
3050 Shattuck Avenue
8   Berkeley, California 94705
Telephone: (510) 848-4752
9   Facsimile: (510) 848-5819

10

11   Attorneys for Plaintiffs

12                  UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15   L.S., individually and as successor-in-interest        Case No. 3:20-cv-04637-VC
     to Decedent ERIK SALGADO by and through
16   her guardian ad litem Michael Colombo;         **PLAINTIFFS' EXHIBITS B THROUGH K**
     BRIANNA COLOMBO and FELINA              **IN OPPOSITION TO DEFENDANTS'**
17   RAMIREZ Parent of decedent,                   **MOTION FOR RELIEF**

18                                                        **REDACTED VERSION OF**
     Plaintiffs,                                         **DOCUMENT(S) SOUGHT TO BE**
19   vs.                                                  **SEALED**

20
     RICHARD HENDERSON, individually;           DATE: October 7, 2021
21   ERIC HULBERT, individually; DONALD          TIME: 2:00 p.m.
     SAPUTA, individually, DOES 4-25, inclusive,   DEPT: Via Zoom
22                                                        JUDGE: Hon. Vince Chhabria
     Defendants.
23                                                        Trial Date: March 28, 2022
24                                                        FAC Filed: September 3, 2020

25

26          Plaintiffs respectfully submit the below Exhibits B through K in opposition to Defendants

27   Motion for Relief.

28

1

2        Dated: September 27, 2021                    **The Law Offices of John L. Burris**

3

4                                                     /s/ *Benjamin Nisenbaum*

5                                                     Ben Nisenbaum
                                                      Attorney for Plaintiffs
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit B











Exhibit C

Exhibit D

XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (213) 897-2810
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California, Jon Cleveland*
*and Richard Henderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO VILLANUEVA AND HORTENCIA SAINZ, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PEDRO VILLANUEVA, DECEASED, AND FRANCISCO OROZCO, INDIVIDUALLY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 8:17-cv-01302 JLS (KESx)<br><br>**DECLARATION OF RICHARD HENDERSON IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:          August 10, 2018<br>Time:          2:30 p.m.<br>Courtroom:  10-A<br><br>Judge:         Hon. Josephine L. Staton<br><br>Trial Date:   Not set<br>Action Filed: June 26, 2017 |

1

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ██████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ███████████████████████████████████████████████

7 ██████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 █████████████████████████████████████████████

10 ███████████████████████████████████████████████

11 ███████████████████████

12 █  ██████████████████████████████████████████

13 █████████████████████████████████████████████████████

14 █████████████████████████████████████████████████████

15 █████████████████████████████████████████████████

16 ███████████████████████████████████████████████████

17 ███████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ██████████████████████████████████████████████

20   ███████████████████████████████████████████████████

21 █████████████████████████████████████████

22 ████████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ██████████████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████

28 //

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E

XAVIER BECERRA
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General
DONNA M. DEAN
Deputy Attorney General
State Bar No. 187104
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6509
  Fax:  (213) 897-2810
  E-mail:  Donna.Dean@doj.ca.gov
*Attorneys for Defendants*
*State of California, Jon Cleveland*
*and Richard Henderson*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO VILLANUEVA AND HORTENCIA SAINZ, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PEDRO VILLANUEVA, DECEASED, AND FRANCISCO OROZCO, INDIVIDUALLY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; JOHN CLEVELAND; RICH HENDERSON; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 8:17-cv-01302 JLS (KESx)<br><br>**DECLARATION OF JON CLEVELAND IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  August 10, 2018<br>Time:  2:30 p.m.<br>Courtroom:  10-A<br><br>Judge:  Hon. Josephine L. Staton<br><br>Trial Date:  Not set<br>Action Filed: June 26, 2017 |

1

1

1 ████████████████

28 //

1 ████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ███████████████████████████████████████████

6 █████████████████████████████████████████████

7 █████████████████████████████████████████████

8 ███████████████████████████████████████████

9 ████████████████████████████████████████████

10 ████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ██████████████████████████████████████████

15 █████████████████████████████████████████████

16 ███████████████████████████████████████████

17 ████████████████████████████████████████████

18 █████████████████████████████████████████████

19 █████████████████████████████████████.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit F



A:



A:





OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA

Q2:



A:



Exhibit G

Exhibit H



A:





y.

OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA



OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA



OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA

15

Q2:



OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA



Q2:

OFFICE OF
DISTRICT ATTORNEY
ALAMEDA COUNTY
CALIFORNIA

Exhibit I







900





Exhibit J

Exhibit K

