**JOHN L. BURRIS, Esq./ State Bar #69888**
**BENJAMIN NISENBAUM, Esq./State Bar #222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

**JAMES B. CHANIN, Esq./ State Bar #76043**
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive,<br><br>Defendants. | Case No. 3:20-cv-04637-VC<br><br>**PLAINTIFFS' EXHIBIT B IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>**UNREDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**<br><br>DATE: October 7, 2021<br>TIME: 2:00 p.m.<br>DEPT: Via Zoom<br>JUDGE: Hon. Vince Chhabria<br><br>Trial Date: March 28, 2022<br>FAC Filed: September 3, 2020 |

Plaintiffs respectfully submit the below Exhibits B in opposition to Defendants' Motion to Stay.

1
2  Dated: September 27, 2021                    **The Law Offices of John L. Burris**
3
4                                               /s/*Benjamin Nisenbaum*
5                                               Ben Nisenbaum
                                                Attorney for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

Plaintiffs' Exhibits in Opposition to Defendant's Motion to Stay Proceedings
*L.S. et al v. Henderson et al*, 3:20-cv-04637-VC

3

Rich Henderson 1
Interviewers: Yun Zhou, Leo Sanchez, Brian Gabriel, Autrey James, James Morris
CHP OIS
Page 1

**Henderson 1**
**Q=Yun Zhou**
**Q1=Leo Sanchez**
**Q2=Brian Gabriel**
**Q3=Autrey James**
**Q4=James Morris**
**Q5=Sergeant Barrientos**
**Q6=Sergeant Rosetti**
**Q7=Lieutenant George Gory**
**Q8=James Aurora**
**A=Rich Henderson**

Q: Now it's 1438 hours. I'm Sergeant Yun Zhou with the Oakland Police Department Homicide Unit, Officer Involved Shooting Scene. My serial number is 8951. We are sitting here in uh CHP Office off Telegraph. 3601 Telegraph to conduct an interview of Sergeant Henderson. Um, to my right is…

Q1: Sergeant Sanchez, 8181C as in Charles. Investigator with the Officer Involved Shooting Team.

Q2: Brian Gabriel, legal counsel for the CAAHP representative for Sergeant Henderson.

A: Uh, Rich Henderson. Sergeant, California Highway Patrol. ID 20359.

Q3: And I'm Autrey James, Deputy District Attorney with Alameda County DA's Office.

Q4: James Morris, Alameda County's Office Inspector.

Q: And in the back is…

Q5: Sergeant Barrientos, CHP. ID 18962.

Q6: Sergeant Rosetti, uh with CHP. 17216.

Q7: Lieutenant George Gory uh ID 13309, CHP.

| | | |
|---|---|---|
| 46 | Q8: | James Aurora from the CAAHP, supervisor, director. |
| 47 | | |
| 48 | Q: | Okay, Sergeant Henderson. Um, how you doing sir? |
| 49 | | |
| 50 | A: | Good, how are you, sir? |
| 51 | | |
| 52 | Q: | Good. What is um, your first name and um, your badge number? I'm sorry, I |
| 53 | | didn't catch it last time. |
| 54 | | |
| 55 | A: | Uh, Richard. |
| 56 | | |
| 57 | Q: | Richard. |
| 58 | | |
| 59 | A: | Badge number is 20359. |
| 60 | | |
| 61 | Q: | How many years of law enforcement experience do you have sir? |
| 62 | | |
| 63 | A: | Um, 7 years and 11 months. |
| 64 | | |
| 65 | Q3: | What do we… |
| 66 | | |
| 67 | Q: | Oh, I'm sorry. I, I completely. I apologize Sergeant. |
| 68 | | |
| 69 | A: | That's all right sir. |
| 70 | | |
| 71 | Q: | Um, before we start, um, let's (unintelligible) I want to read you a um, |
| 72 | | advisement. Okay? I want to make sure you understand. You are not required |
| 73 | | to answer any questions. And are you willing to provide a voluntary statement |
| 74 | | to us? |
| 75 | | |
| 76 | A: | Yes sir, I am. |
| 77 | | |
| 78 | Q: | Once again I apologize. I'm sorry. |
| 79 | | |
| 80 | A: | No worries. |
| 81 | | |
| 82 | Q: | And so, you have 7 years. Um, is that all with CHP? Or were you prior uh law |
| 83 | | enforcement somewhere else? |
| 84 | | |
| 85 | A: | Um, I was all, all sworn, law enforcement experience is with CHP. |
| 86 | | |
| 87 | Q: | What is your current assignment sir? |
| 88 | | |
| 89 | A: | Uh, the uh, uh the supervisor of the Solano County Auto Theft Task Force |
| 90 | | assigned to the Golden Gate Division Investigative Services Unit. And uh |

Saputa 1
Interviewers: Yun Zhou, Leo Sanchez, Brian Gabriel, Autrey James, James Morris
CHP OIS
Page 1

**Saputa 1**
**Q=Yun Zhou**
**Q1=Leo Sanchez**
**Q2=Brian Gabriel**
**Q3=Autrey James**
**Q4=James Morris**
**Q5=Sergeant Barrientos**
**Q6=Officer Joseph Neary**
**Q7= Lieutenant George Rory**
**Q8=Paul Willett**
**A=Don Saputa**

Q:

Q1:        All right.

Q:         Yeah.

Q1:        That's good, good, good.

Q:         It's…

Q2:        Um, it's time to get back to the seats and then we'll – all right. It is 8th of June 2020. Right now, it's 1832 hours. Uh, I'm at 3601 Telegraph, CHP Office. Um, my name is Sergeant Yun Zhou. My badge number is 8951. And I'm Oakland Police Department on a homicide team in the uh Officer Involved Shooting Team. To my right is…

Q1:        Sergeant Sanchez, 8181 Charles, uh OIS, Officer Involved, Officer Involved Shooting Investigator.

Q2:        And Brian Gabriel, legal counsel for CAHP, representative for Officer Saputa.

A:         Then, Don Saputa, CHP Officer.

Q3:        What's your serial number?

A:         19984.

| | | |
|---|---|---|
| 46 | Q3: | I'm Autrey James, Alameda County uh Deputy District Attorney. |
| 48 | Q4: | James Morris, Alameda County DA's Office Inspector. |
| 50-51 | Q5: | Sergeant Fernando Barrientos, ID number 18962 with the California Highway Patrol. |
| 53 | Q6: | Officer Joseph Neary, uh, California Highway Patrol, um, 20456. |
| 55 | Q7: | Lieutenant George Rory, ID 13309, CHP. |
| 57-58 | Q8: | Paul Willett, District 2 Director for the California Association of Highway Patrolmen. |
| 60-63 | Q: | Okay, Officer Saputa, um, before this interview, I'm going to give you a um, advisement. Um, I want to make sure you understand that. Okay? So, I want you to un- understand that you're not required to answer any questions. And are you willing to provide a voluntary statement? |
| 65 | A: | Yes. |
| 67 | Q: | And spell your last name sir, it's S-A-P-U-T-A? |
| 69 | A: | Correct. |
| 71 | Q: | And your first name is Donald? |
| 73 | A: | Correct. |
| 75 | Q: | And your badge number is 19 – 19984? |
| 77 | A: | Yes. |
| 79 | Q: | Okay. Sir, how many years of law enforcement experience do you have? |
| 81 | A: | 11. |
| 83 | Q: | 11 years. Is that all with CHP? |
| 85 | A: | Yeah. |
| 87 | Q: | What is your current assignment? |
| 89-90 | A: | Uh, currently I'm assigned as an Investigator to the Southern Alameda County Major Crimes Task Force. |

**INTERVIEW OF ERIC HULBERT**
**Q=YUN ZHOU**
**Q2=LEO SANCHEZ**
**Q3=BRIAN GABRIEL**
**Q4=AUTREY JAMES**
**Q5=JAMES MORRIS**
**A=ERIC HULBERT**

Q:  It is 21:05 hours. I am Sergeant Yun Zhou with Oakland Police homicide officer involved shooting team. We are at 3601 Telegraph. This is an audio interview of… I'm sorry, is it officer or sergeant?

A:  Officer.

Q:  Officer Eric Hulbert.

A:  Hulbert, yes.

Q:  To my right is…

Q2: Sergeant Sanchez, investigator of the officer involved shooting team.

Q6: Ian Chevier. I'm an officer on the California Highway Patrol and California Association of Highway Patrol representative for Eric Hulbert.

A:  Eric Hulbert.

Q4: Autry James from Alameda County District Attorney's Office.

Q5: James Morris, Alameda County District Attorney's Office inspector.

Q7: Sergeant Fernando Varientos, ID 18962 with the California Highway Patrol.

Q8: Lieutenant George Goreme, ID 13309 California Highway Patrol.

Q9: Investigator Robert Rich, the California Highway Patrol 20407.

Q:  Thank you. Officer Hulbert, how do you spell your last name?

A:  H-U-L-B-E-R-T.

Q:  Okay. So Officer Hulbert, I'm gonna read you this advisement.

A:  Okay.

Q:  I'll make sure you understand it, okay? You are not required… I'm sorry. You are not required to answer any questions. And are you willing to provide a voluntary statement?

A:  Yes.

Q:  Okay. Officer Hulbert, your first name's Eric?

A:  Eric.

Q:  Is that with a C or a K?

A:  C. E-R-I-C.