1  **JOHN L. BURRIS, Esq./ State Bar #69888**
   **BENJAMIN NISENBAUM, Esq./State Bar #222173**
2  **JAMES COOK, Esq./State Bar #300212**
   **LAW OFFICES OF JOHN L. BURRIS**
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882

6  **JAMES B. CHANIN, Esq./ State Bar #76043**
7  Law Offices of James B. Chanin
   3050 Shattuck Avenue
8  Berkeley, California 94705
   Telephone: (510) 848-4752
9  Facsimile: (510) 848-5819

10
   Attorneys for Plaintiffs
11

12                UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent, | Case No. 3:20-cv-04637-VC
   | | [Proposed]
   | | **EXHIBIT B IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF.**
   | Plaintiffs, |
   | vs. | DATE: October 7, 2021
   | | TIME: 2:00 p.m.
   | RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive, | DEPT: Via Zoom
   | | JUDGE: Hon. Vince Chhabria
   | Defendants. | Trial Date: March 28, 2022
   | | FAC Filed: September 3, 2020

## MANUAL FILING NOTIFICATION

Regarding Exhibit B in Support of Plaintiffs' Opposition to Defendants' Motion for Relief.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For

information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑ Other (please describe): Audio file; Pending motion to be filed under seal.

Dated: October 5, 2021                     **The Law Offices of John L. Burris**

                                           By: */s/Benjamin Nisenbaum*_____
                                                Ben Nisenbaum
                                                Attorneys For Plaintiffs