|   |   |
|---|---|
| 1 | **JOHN L. BURRIS, Esq./ State Bar #69888** |
|   | **BENJAMIN NISENBAUM, Esq./State Bar #222173** |
| 2 | **JAMES COOK, Esq./State Bar #300212** |
| 3 | **LAW OFFICES OF JOHN L. BURRIS** |
|   | Airport Corporate Centre |
| 4 | 7677 Oakport Street, Suite 1120 |
|   | Oakland, California 94621 |
| 5 | Telephone: (510) 839-5200 |
|   | Facsimile: (510) 839-3882 |

**JAMES B. CHANIN, Esq./ State Bar #76043**
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ Parent of decedent, <br><br> Plaintiffs, <br> vs. <br><br> RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive, <br><br> Defendants. | Case No. 3:20-cv-04637-VC <br><br> [Proposed] <br><br> **EXHIBIT H IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF.** <br><br> DATE: October 7, 2021 <br> TIME: 2:00 p.m. <br> DEPT: Via Zoom <br> JUDGE: Hon. Vince Chhabria <br><br> Trial Date: March 28, 2022 <br> FAC Filed: September 3, 2020 |

## MANUAL FILING NOTIFICATION

Regarding Exhibit H in Support of Plaintiffs' Opposition to Defendants' Motion for Relief.

This filing is in paper or physical form only, and is being maintained in the case file in the

Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For

information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑ Other (please describe): Audio file; Pending motion to be filed under seal.

Dated: October 5, 2021                    **The Law Offices of John L. Burris**

By: */s/Benjamin Nisenbaum*_____
    Ben Nisenbaum
    Attorneys For Plaintiffs