ROB BONTA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
State Bar No. 161013
ROHIT S. KODICAL
Deputy Attorney General
State Bar No. 215497
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1007
 Fax:  (510) 622-2270
 E-mail:  Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Sgt. Richard Henderson,
Officer Eric Hulbert and Officer Donald Saputa*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S. individually and as Successor[in Interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO and FELINA RAMIREZ, Mother of decedent ERIK SALGADO,<br><br>          Plaintiff,<br><br>v.<br><br>RICHARD HENDERSON, et al.,<br><br>          Defendants. | 3:20-cv-04637-VC<br><br>**STIPULATED REQUEST TO MODIFY CASE SCHEDULE;** [PROPOSED] **ORDER** AS MODIFIED<br><br>Judge:  Hon. Vince Chhabria<br>Trial Date: July 24, 2023 |

   This stipulation is entered into by and among Plaintiffs L.S., Brianna Colombo and Felina Ramirez, and Defendants Richard Henderson, Donald Saputa and Eric Hulbert (the "Parties"), by and through their respective counsel based on the following facts:

   1.  On March 30, 2022 (Dkt. 97), the Court held a case management conference with the Parties, set a case schedule, and referred the matter to a randomly assigned Magistrate Judge for settlement conference within six months.  The matter was assigned to Magistrate Judge Alex G. Tse.

1

2.  Magistrate Judge Tse held pre-settlement scheduling conferences with the Parties on April 26 (Dkt. 99), June 22 (Dkt. 101), and August 30, 2022 (Dkt 104). At the August 30 conference, the parties agreed to hold the settlement conference on December 7, 2022. The parties selected that date based on the court's availability, and to allow time for Defendants' retained expert to conduct a medical exam of plaintiff Brianna Colombo and submit a preliminary report to allow defense counsel to assess plaintiff's damages prior to the settlement conference.

3.  The Parties confirmed via email on August 29 and September 10, 2022, that Ms. Colombo's medical exam would take place on October 25, 2022, at the office of Defendants' retained expert, Dr. Maureen Miner. Ms. Colombo did not attend the exam as scheduled.

4.  On November 4, 2022, the Parties confirmed a settlement conference date of January 25, 2023 with Magistrate Judge Tse, which was later moved to February 13, 2023

5.  The Parties confirmed January 6, 2023 for the medical exam of Ms. Colombo as that was Dr. Miner's first available date. On January 6, 2023, Ms. Colombo again failed to appear at the agreed upon medical exam. Dr. Miner agreed to reschedule the exam for January 26, 2023. However, this date will prevent defendants from obtaining a report from Dr. Miner. Defense counsel will attempt to obtain a preliminary report from Dr. Miner prior to the settlement conference.

6.  Counsel met and conferred via email and agreed to the following extension of deadlines in Column 3 below (Proposed New Deadlines). The Parties have not changed the trial date or the date for the final pretrial conference.

The Parties hereby stipulate and agree, subject to approval of the Court, to the following proposed modifications of the case schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | February 17, 2023 | March 10, 2023 |
| ADR Deadline | February 17, 2023 | March 24, 2023 |
| Rebuttal Expert Reports | March 10, 2023 | April 7, 2023 |
| Close of Fact Discovery | April 14, 2023 | April 28, 2023 |

| Close of expert discovery | April 7, 2023 | May 5, 2023 |
|---|---|---|
| Last Day For Dispositive Motion Hearing | April 20, 2023 | ~~May 12, 2023~~ May 11, 2023 |
| Final Pretrial Conference | July 11, 2023 | Unchanged |
| Trial Date | July 24, 2023 | Unchanged |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 24, 2023                              **Law Offices of John L. Burris**

/s/ *Benjamin Nisenbaum*
JOHN L. BURRIS
BENJAMIN NISENBAUM

Attorneys for Plaintiffs

Dated: January 24, 2023                              ROB BONTA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Rohit Kodical*
ROHIT S. KODICAL
Deputy Attorney General
*Attorney for Defendants*

# SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Rohit Kodical.

          **Law Offices of John L. Burris**

          /s/ *Benjamin Nisenbaum*
          JOHN L. BURRIS
          BENJAMIN NISENBAUM

          Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~January ___, 2023~~ February 8, 2023

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: **L.S., individually and as Successor-in-Interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo, et al. v. Richard Henderson**

No. **3:20-cv-04637-VC**

I hereby certify that on <u>January 26, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Stipulated Request to Modify Case Schedule; [Proposed] Order**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 26, 2023</u>, at Oakland, California.

| Ida Martinac | Ida Martinac *(Digitally signed by Ida Martinac Date: 2023.01.26 14:37:23 -08'00')* |
|---|---|
| Declarant | Signature |

OK2020900260
91582374.docx