**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

**JAMES B. CHANIN, ESQ., SBN76043**
**LAW OFFICES OF JAMES B. CHANIN**
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Attorneys for Plaintiffs,
L.S., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., individually and as successor-in-interest to Decedent ERIK SALGADO by and through her guardian ad litem Michael Colombo; BRIANNA COLOMBO; and FELINA RAMIREZ, Mother of decedent,<br><br>            Plaintiffs,<br>    vs.<br><br>RICHARD HENDERSON, individually; ERIC HULBERT, individually; DONALD SAPUTA, individually, DOES 4-25, inclusive,<br><br>            Defendants. | CASE NO.: 3:20-cv-04637-VC<br><br>**PETITION TO APPOINT GARY COLOMBO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.S.**<br><br>**Conference Date**: May 4, 2023<br>**Time:** 1:00 p.m.<br>**Location**: Videoconference<br><br>Hon. District Judge Vince Chhabria |

Petitioner GARY COLOMBO respectfully represents:

1. Petitioner GARY COLOMBO respectfully requests to be Guardian ad Litem of minor plaintiff L█████ S█████ (hereinafter "L.S."). Decedent ERIK SALGADO was the father of the child. Minor Plaintiff L.S. was born on ███████, 2017 and is presently five years old.

2. Minor Plaintiff has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal statutes.

3. Plaintiffs' causes of action arise out of an incident which occurred on June 2, 2020, in which Minor Plaintiffs' father, ERIK SALGADO, died during an incident with California Highway Patrol officers.

4. On October 4, 2021 this Court granted Plaintiffs' petition to appoint Michael Colombo as Guardian ad Litem for minor plaintiff L.S. However, Plaintiff's grandfather, Gary Colombo, is now the legal guardian of the L.S. Further, as her full time legal guardian, Gary Colombo is the best person to act on behalf of minor Plaintiff L.S.

5. Here, petitioner is willing to serve as the minors' Guardian Ad Litem. Petitioner is the grandfather and legal guardian to Plaintiff L.S. Petitioner is fully competent to understand and protect the rights of the minor. Petitioner has no interest adverse to that of the minor because their interests concerning liability are totally aligned, and their interests concerning damages totally align as well. The measure of damages is individual to Plaintiff, with any amount awarded to Plaintiff not impacting the petitioner.

6. Petitioner requests that he be appointed guardian ad litem for L.S., to prosecute the above-described causes of action on L.S.'s behalf, and for such other relief as the Court may deem just and proper. Petitioner further requests that Michael Colombo be removed as Guardian ad Litem for L.S.

7.  This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiffs in this action. James Cook, Esq. of Law Offices of John L. Burris also represents plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq., Benjamin Nisenbaum, Esq., and James Cook Esq., hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed on March 23, 2023 at Oakland, California.

/s/ *Gary Colombo*
Gary Colombo
Proposed GAL of Plaintiff L.S.

### [PROPOSED] ORDER

Good cause appearing, it is hereby ordered: Gary Colombo shall be appointed as Guardian ad Litem of Minor Plaintiff L.S., and Michael Colombo shall be removed as Guardian ad Litem for L.S.

**IT IS SO ORDERED.**

DATED: May 1, 2023

Hon. District Judge Vince Chhabria